UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL K. WOODS,<br><br>        Petitioner,<br><br>v.<br><br>POLLARD, Warden,<br><br>        Respondent. | Case No. 21cv111-MMA (WVG)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

  Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, *see* Doc. No. 1, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis.  Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice.  *See* Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this case, he must submit, **no later than March 23, 2021**, a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee.  The Court **DIRECTS** the Clerk of Court to provide Petitioner with a blank Southern District of California In Forma Pauperis Application together with a copy of this Order.

  **IT IS SO ORDERED.**

DATE: January 22, 2021

                HON. MICHAEL M. ANELLO
                United States District Judge