UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL K. WOODS,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>POLLARD, Warden,<br><br>　　　　　　　　　　Respondent. | Case No.: 21cv111-MMA (WVG)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 3] |

On January 19, 2021, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and the Court dismissed the case without prejudice due to a failure to satisfy the filing fee requirement. *See* Doc. Nos. 1, 2. Petitioner has now filed a motion to proceed in forma pauperis. *See* Doc. No. 3. Petitioner has $0.00 on account at the correctional institution where he is presently confined, *see id.* at 6, 8, and cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's motion to proceed in forma pauperis and allows him to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security. The Court **DIRECTS** the Clerk of the Court to file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

DATE: March 17, 2021

HON. MICHAEL M. ANELLO
United States District Judge